UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20379-CIV-HOEVELER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NELIZ ENTERPRISES, INC., and
INTERNATIONAL FIDELITY
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME

This Cause comes before the Court upon the Plaintiff's request for enlargement of time to serve Defendant Neliz Enterprises, Inc. The request is GRANTED. Plaintiff shall have until July 30, 2008, in which to serve Defendant Neliz Enterprises, Inc.

DONE AND ORDERED in Chambers in Miami this 3rd day of July 2008.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Carlos J. Raurell
Leslie N. Reizes